FILED: August 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2119
(1:25-cv-01819-AJT-WEF)

---

AA; AA SPOUSE; AA CHILD 1; AA CHILD 2; BB; BB SPOUSE; BB CHILD 1; BB CHILD 2; BB CHILD 3; BB CHILD 4; BB CHILD 5; BB CHILD 6; CC; CC SPOUSE; CC CHILD 1; CC CHILD 2; CC CHILD 3; DD; DD SPOUSE; DD CHILD 1; DD CHILD 2; DD CHILD 3; EE; EE SPOUSE; EE CHILD 1; EE CHILD 2; FF; FF SPOUSE; FF CHILD 1; FF CHILD 2; FF CHILD 3; FF CHILD 4; FF CHILD 5; GG; GG SPOUSE

Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, In his official capacity as Secretary of the United States Department of State; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, In his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH BENJAMIN EDLOW, In his official capacity as Director of the United States Citizenship and Immigration Services; THE UNITED STATES OF AMERICA

Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:25-cv-01819-AJT-WEF |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 08/12/2026 |
| Appellant(s) | UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, In his official capacity as Secretary of the United States Department of State; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, In his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH BENJAMIN EDLOW, In his official capacity as Director of the United States Citizenship and Immigration Services; THE UNITED STATES OF AMERICA |
| Appellate Case Number | 26-2119 |
| Case Manager | R. Phillips<br>804-916-2702 |