No. 26-2119

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

AA, et al.,

Plaintiffs-Appellees,

v.

UNITED STATES DEPARTMENT OF STATE, et al.,

Defendants-Appellants.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
No. 1:25-cv-1819-AJT-WEF (Hon. Anthony J. Trenga)

---

# APPELLANTS' NOTICE REGARDING INTENT TO FILE REPLY IN SUPPORT OF MOTION TO STAY PENDING APPEAL

---


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

JESSICA R. LESNAU
Senior Litigation Counsel

TIA HOCKENBERRY
JOSEPH MCCARTER
JESSE MONTES
JASON ZUBATA
Trial Attorneys
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Sta.
Washington, D.C. 20044

Defendants-Appellants submit this notice informing the Court that, by 11:59 p.m. today, September 14, they intend to file a reply in support of their emergency motion for an administrative stay and stay pending appeal (Doc. 14).

Dated: September 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

JESSICA R. LESNAU
Senior Litigation Counsel

s/ Joseph McCarter
JOSEPH MCCARTER
TIA HOCKENBERRY
JESSE MONTES
JASON ZUBATA
Trial Attorneys
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Sta.
Washington, D.C. 20044
(202) 746-8537
Joseph.A.McCarter@usdoj.gov

Attorneys for Appellants