**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 14, 2026

---

DOCKET CORRECTION NOTICE

---

No. 26-2119, AA v. United States Department of State
1:25-cv-01819-AJT-WEF

TO:
United States of America
Joseph Benjamin Edlow
United States Department of Homeland Security
Marco Rubio
Markwayne Mullin
United States Citizenship and Immigration Services
United States Department of State

BRIEF OR JOINT APPENDIX CORRECTION DUE: October 19, 2026

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

---

[ XX ] Appendix organization is not in compliance with Local Rule 30(b)(3).
**Note:** If appendix corrections alter brief citations, a corrected brief will also need to be filed.

"Volume 1 of the joint appendix should include all decisions being appealed, reviewed, or collaterally challenged. Unless the entire joint appendix will be submitted in a single volume, Volume 1 should not include any other material. Volume 1 should be organized chronologically and documents in Volume 1 should not be duplicated in later volumes. Later volumes should be organized

chronologically. **Single volume joint appendixes should begin with these decisions, followed by all other documents in chronological order**.

Volume 1 will ordinarily include: the judgment or interlocutory order appealed from; any other order or ruling sought to be reviewed; the transcript of any oral ruling; the entire sentencing transcript in a sentencing appeal; and any relevant state court decision in a habeas proceeding."

R. Phillips, Deputy Clerk
804-916-2702