FILED: November 19, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

___________________

No. 26-2119
(1:25-cv-01819-AJT-WEF)

___________________

AA; AA SPOUSE; AA CHILD 1; AA CHILD 2; BB; BB SPOUSE; BB CHILD 1; BB CHILD 2; BB CHILD 3; BB CHILD 4; BB CHILD 5; BB CHILD 6; CC; CC SPOUSE; CC CHILD 1; CC CHILD 2; CC CHILD 3; DD; DD SPOUSE; DD CHILD 1; DD CHILD 2; DD CHILD 3; EE; EE SPOUSE; EE CHILD 1; EE CHILD 2; FF; FF SPOUSE; FF CHILD 1; FF CHILD 2; FF CHILD 3; FF CHILD 4; FF CHILD 5; GG; GG SPOUSE

Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, In his official capacity as Secretary of the United States Department of State; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, In his official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH BENJAMIN EDLOW, In his official capacity as Director of the United States Citizenship and Immigration Services; THE UNITED STATES OF AMERICA

Defendants - Appellants

------------------------------

PUBLIC CITIZEN

Amicus Supporting Appellee

# O R D E R

Public Citizen has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

Public Citizen is directed to file a disclosure statement within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk